DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| 085P16 | State v. Kalvin Michael Smith | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Forsyth County | 1. Dismissed |
| | | 2. State's Motion for Extension of Time to File Response to Petition for *Writ of Certiorari* | 2. Allowed **03/24/2016** |
| 086A16 | In re Redmond | Johanna Schoen, Ph.D's Motion for Leave to File *Amicus* Brief | Denied **08/18/2016** |
| 087A16 | In re Hughes | Johanna Schoen, Ph.D's Motion for Leave to File *Amicus* Brief | Denied **08/18/2016** |
| 088P15-3 | State v. Mason W. Hyde | 1. Def's *Pro Se* Motion for Notice in Advance | 1. |
| | | 2. Def's *Pro Se* Motion for Notice of Request for Assistance | 2. |
| | | 3. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 3. Denied **07/05/2016** |
| | | 4. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1260) | 4. |
| | | 5. Def's *Pro Se* Motion to Show Cause | 5. Dismissed **07/19/2016** |
| | | 6. Def's *Pro Se* Motion to Allow Applicant the Opportunity to Correct/ Amend Any Defects, Errors, Flaws in the Application | 6. Dismissed as moot **07/19/2016** **Ervin, J., recused** |
| 088A16 | In re Smith | Johanna Schoen, Ph.D's Motion for Leave to File *Amicus* Brief | Denied **08/18/2016** |
| 103P16 | Louis Cherry and Marsha Gordon v. Gail Wiesner, City of Raleigh, and Raleigh Board of Adjustment<hr>City of Raleigh, a Municipal Corporation v. Raleigh Board of Adjustment, Louis W. Cherry, III, Marsha G. Gordon and Gail P. Wiesner | Respondent's (Gail Wiesner) PDR Under N.C.G.S. § 7A-31 (COA15-155) | Denied |
| 104P16-2 | State v. William Gerald Price | Def's *Pro Se* Motion to Reconsider | Dismissed |